JOHN QUEEN v. BLACKWOOD LUMBER COMPANY, INC., ET AL.

(Filed 21 December, 1927.)

APPEAL by plaintiff from *Harding, J.,* at October Term, 1927, of
JACKSON. Affirmed.

*Sutton & Stillwell for plaintiff.*
*Alley & Alley for defendants.*

PER CURIAM. Upon petition duly filed the cause was removed for
trial to the United States District Court for the Western District of
North Carolina. The plaintiff excepted and appealed. The order of
removal is affirmed on the authority of *Crisp v. Fibre Co.,* 193 N. C.,
77; *Swain v. Cooperage Co.,* 189 N. C., 528; *Stevens v. Lumber Co.,*
186 N. C., 749. Judgment
Affirmed.

STATE v. HENRY McCOY AND JESSE LAMBERT.

(Filed 21 December, 1927.)

APPEAL by defendants from *Sink, Special Judge,* at July-August
Term, 1927, of SWAIN. New trial.

Indictment for larceny. From judgment on a verdict of guilty de-
fendants appealed to the Supreme Court.

*Attorney-General Brummitt and Assistant Attorney-General Nash for*
*the State.*
*McKinley Edwards for defendants.*

PER CURIAM. Upon the call of this case for argument on defendants'
appeal to this Court, the Attorney-General confessed error upon the
record. An examination of the record discloses that there was error in
the instruction of the court to the jury, which was as follows: "If you
believe the evidence and are satisfied beyond a reasonable doubt, you
will find defendants guilty." The evidence tended to show that de-
fendants, in the day time, got three bushels of apples from a tree on
the land of the State's witness and carried them away. It was error
for the court to fail to submit to the jury, with proper instructions, the
question of felonious intent. *S. v. Eunice, ante,* 409. For this error de-
fendants are entitled to a
New trial.